IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVIE WHITEHORN                                              PLAINTIFF

v.                          No. 3:20-cv-383-DPM

MAVERICK TUBE CORPORATION,
f/k/a TENARIS HICKMAN                                         DEFENDANT

## JUDGMENT

Whitehorn's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2023